# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

COLTON BOUDREAUX

NO. 2026 KW 0453

**JUNE 1, 2026**

---

In Re:   Colton Boudreaux, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 042516.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.